# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| TAIFOOR JAMIL  *Plaintiff(s)*  v.  STATEOF VERMONT JUDICIARY & JUDICIAL ADMINISTRATION, et al  *Defendant(s)* | Civil Action No. 2:24-cv-306 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 5) filed August 2, 2024, defendant's Amended Complaint (Document 6) is DISMISSED. This case is hereby DISMISSED under 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6).

The court certifies that any appeal would not be taken in good faith under 28 U.S.C. § 1915(a)(3).

Date: August 2, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 8/2/2024

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*